■ In the Matter of JOHN DELL'ORFANO, Appellant, v STATE OF NEW YORK BOARD OF PAROLE, Respondent.—Judgment unanimously affirmed *(see, Matter of Vuksanaj v Hammock,* 93 AD2d 958; *Matter of Lynch v New York State Div. of Parole,*

82 AD2d 1012). (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J.—art 78.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.